IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00031-MOC-WCM

| | | |
|---|---|---|
| MARIANA KARPELLS KUEHN ) <br> *On Behalf of Herself and* ) <br> *All Others Similarly Situated* ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SAGE ECOENTERPRISES, LLC, and ) <br> JAMES R. TALLEY *doing business as* ) <br> Green Sage Café ) <br> ) <br> Defendants. ) <br> ) | | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 17) filed by Narendra K. Ghosh. The Motion indicates that Mr. Ghosh, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Joshua A. Frank, who the Motion represents as being a member in good standing of the Bar of the State of Tennessee. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 17) and **ADMITS** Joshua A. Frank to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: March 5, 2021

*/s/ W. Carleton Metcalf*

W. Carleton Metcalf
United States Magistrate Judge